**Entered on Docket**
**September 25, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION AS
            TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET
            MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE
            FUNDING TRUST 2006-AR-3, MORTGAGE PASS-THROUGH
            CERTIFICATES, SERIES 2006-AR3

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Bankruptcy Case No. BK-S-09-22869-mkn |
|---|---|
| RONALD EDO MANFREDINI , | Chapter 7 |
| Debtor(s). | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR-3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3'S ORDER TERMINATING AUTOMATIC STAY |
| | Date:    September 9, 2009 |
| | Time:    1:30 P.M. |

1    A hearing on Secured Creditor Wells Fargo Bank, National Association as

2 Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns

3 Mortgage Funding Trust 2006-AR-3, Mortgage Pass-Through Certificates, Series 2006-AR3's

4 Motion for Relief From the Automatic Stay came on regularly for hearing in the United States

5 Bankruptcy Court before the Honorable Mike K. Nakagawa.

6    The court having duly considered the papers and pleadings on file herein and

7 being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10 terminated as it applies to the enforcement by Movant of all of its rights in the real property

11 under the Note and Deed of Trust encumbering the real property commonly known as 9215

12 Horseshoe Basin Ave, Las Vegas, Nevada 89149 ("Real Property"), which is legally described

13 as:

14    LOT 36 IN BLOCK 1 OF TOWN CENTER
ASSEMBLAGE L-TC 55 NO.2, AS SHON BY
15    MAP THEREOF ON FILE IN BOOK 112 OF
PLATS, PAGE 44 IN THE OFFICE FO THE
16    COUNTY RECORDER OF CLARK COUNTY,
NEVADA.
17

18    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

19 offer and provide Debtor with information re: a potential Forbearance Agreement, Loan

20 Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

21 may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to

22 enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this

23 bankruptcy case.

24    APPROVED/DISAPPROVED

25    _____

26    JAMES F. LISOWSKI, SR.
TRUSTEE

27 /././

28 /././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐      The court has waived the requirement of approval under LR 9021.

☐      No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐      Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐      Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒      Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11385
Attorney for WELLS FARGO
BANK, NATIONAL ASSOCIATION
AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF
STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC., BEAR
STEARNS MORTGAGE FUNDING
TRUST 2006-AR-3, MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2006-AR3