**Entered on Docket
October 06, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

---

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>RONALD EDO MANFREDINI ,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-09-22869-mkn<br>Chapter 7<br><br>WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:   September 9, 2009<br>Time:   1:30 P.M. |

/././

/././

/././

/././

/././

1         A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Mike K. Nakagawa.

        The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

        The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 7127 S Durango Dr #107, Las Vegas, Nevada 89113 ("Real Property"), which is legally described as:

> SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.

        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED

_____
JAMES F. LISOWSKI, SR.
TRUSTEE

/./.  /
/./.  /
/./.  /

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒ Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11385
Attorney for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

File Number: 116-2168540

# EXHIBIT "A"

# LEGAL DESCRIPTION

PARCEL NO. 1:

UNIT NUMBER 107, IN BUILDING 7, AS SHOWN BY THE FINAL MAP OF VISTANA CONDOMINIUMS-UNIT A 3, AS SHOWN BY THE MAP THEREOF ON FILE IN BOOK 98 OF PLATS, PAGE 21, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND THEREAFTER AMENDED BY CERTIFICATE OF AMENDMENT RECORDED JUNE 13, 2001 IN BOOK 20010309 AS DOCUMENT NO. 01310 OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL NO. 2:

ONE (1) "ALLOCATED INTEREST" IN AND TO THE CONDOMINIUM PROJECT REFERRED TO IN PARCEL NO. 1 ABOVE AND DEFINED IN SECTION 1.2 OF ARTICLE 1 OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR VISTANA CONDOMINIUMS, RECORDED DECEMBER 3, 1998 IN BOOK NO. 981203 AS DOCUMENT NO. 01505 AND THEREAFTER RE-RECORDED DECEMBER 14, 1998 IN BOOK NO. 981212 AS DOCUMENT NO. 01056 AND BY THAT CERTAIN ANNEXATION AMENDMENT RECORDED JULY 2, 2001 IN BOOK NO. 20010702 AS DOCUMENT NO. 02990 OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA;

EXCEPTING THEREFROM THE FOLLOWING:

ALL LIVING UNITS OF THE FINAL MAP OF VISTANA CONDOMINIUM-UNIT2 ( A COMMON INTEREST COMMUNITY) AS SHOWN BY MAP THEREOF ON FILE IN BOOK 98 OF PLATS, PAGE 21 OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL NO. 3:

THE EXCLUSIVE RIGHT TO USE, POSSESS AND OCCUPY OF THOSE PORTIONS OF THE COMMON ELEMENTS BEING RECORDED UPON THE PLAT AND DEFINED AS LIMITED COMMON ELEMENTS IN THE DECLARATION REFERRED TO IN THE PARCEL NO. 2 HEREIN, WHICH ARE APPURTENANT TO AND FOR THE EXCLUSIVE USE OF PARCEL NO. 1.